IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELBERT JOHNSON,<br><br>      Petitioner,<br><br>v.<br><br>SCI HUNTINGDON PA, *et al.*,<br><br>      Respondents. | CIVIL ACTION<br>No. 18-4348 |

## ORDER

**AND NOW**, this __20th__ day of December, 2019, upon careful and independent consideration of the petition for Writ of *Habeas Corpus* (ECF Docket No. 1), and after review of the unopposed Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa (ECF Docket No. 13), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for Writ of *Habeas Corpus* is **DISMISSED** with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

                                                      **BY THE COURT:**

                                                    _/S/ JEFFREY L. SCHMEHL, J._
                                                    Jeffrey L. Schmehl, J.